UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | |
| | § | |
| GABRIEL CARDONA-RAMIREZ, | § | |
|     A.K.A. "PELON", A.K.A. "GABY", | § | |
| RICHARD GUERREO, | § | |
| ROBERTO CAMACHO, | § | |
| ARTURO PALENCIA, | § | |
| EDUARDO CARREON-IBARRA, | § | |
|     A.K.A. "NEGRO", | § | |
| RENE GARCIA, A.K.A. "RANA", | § | |
| ANDRES ALFREDO HERNANDEZ, | § | COMPLAINT NO. 5:08-CR-244-S3 |
| JAIME MIGUEL DIAZ DE LEON, | § | |
|     A.K.A. "MICHAEL", | § | |
| RAUL JASSO, JR., A.K.A. "RICHARD", | § | |
| JUAN ADOLFO RAMOS, | § | |
|     A.K.A. "CORDLESS", | § | |
|     A.K.A. "KARATE", | § | |
| GUSTAVO FABIAN CHAPA, | § | |
| AURORA DEL BOSQUE, | § | |
| RAUL CASTILLO, | § | |
| JORGE RODRIGUEZ, AND | § | |
| JESUS GONZALEZ, III., | § | |
|     A.K.A. "JESSE", A.K.A. "JESMAK" | § | |

MOTION TO DISMISS SUPERSEDING INDICTMENT

COMES NOW the United States of America, by and through its United States Attorney for

the Southern District of Texas, and respectfully moves this Honorable Court to dismiss without

prejudice the Superseding Indictment in the above-styled and numbered cause (5:08-CR-244-S3) as

to the following Defendants only: GABRIEL CARDONA-RAMIREZ, A.K.A. "PELON", A.K.A.

"GABY"; RICHARD GUERREO; ROBERTO CAMACHO; ARTURO PALENCIA; EDUARDO

CARREON-IBARRA, A.K.A. "NEGRO"; RENE GARCIA, A.K.A. "RANA"; ANDRES

ALFREDO HERNANDEZ; JAIME MIGUEL DIAZ DE LEON, A.K.A. "MICHAEL"; RAUL JASSO, JR., A.K.A. "RICHARD"; JUAN ADOLFO RAMOS, A.K.A. "CORDLESS", A.K.A. "KARATE"; GUSTAVO  FABIAN CHAPA; AURORA DEL BOSQUE; RAUL CASTILLO; JORGE RODRIGUEZ;  AND, JESUS GONZALEZ, III., A.K.A. "JESSE", A.K.A. "JESMAK"  , in the interest of justice.

Respectfully submitted,

JOSE ANGEL MORENO
United States Attorney


**S/  James M. Ustynoski**
JAMES M. USTYNOSKI
Assistant United States Attorney

CERTIFICATE OF SERVICE

I JAMES M. USTYNOSKI  hereby certify that a copy of Government's Motion to Dismiss has been delivered to counsel for the following defendants: GABRIEL CARDONA-RAMIREZ, A.K.A. "PELON", A.K.A. "GABY"; RICHARD GUERREO; ROBERTO CAMACHO; ARTURO PALENCIA; EDUARDO CARREON-IBARRA, A.K.A. "NEGRO"; RENE GARCIA, A.K.A. "RANA"; ANDRES ALFREDO HERNANDEZ; JAIME MIGUEL DIAZ DE LEON,  A.K.A. "MICHAEL"; RAUL JASSO, JR., A.K.A. "RICHARD"; JUAN ADOLFO RAMOS, A.K.A. "CORDLESS", A.K.A. "KARATE"; GUSTAVO  FABIAN CHAPA; AURORA DEL BOSQUE; RAUL CASTILLO; JORGE RODRIGUEZ; AND, JESUS GONZALEZ, III., A.K.A. "JESSE", A.K.A. "JESMAK", on this  19th day of  February  2010.


**S/ James M. Ustynoski**
JAMES M. USTYNOSKI
Assistant United States Attorney